IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SHANE JONES                                                                  PLAINTIFF

v.                              Civil No. 06-2051

SHERIFF MIKE ALLEN, Crawford
County Detention Center                                                              DEFENDANT

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983, along with an in forma pauperis application. We find the complaint should be filed in forma pauperis, subject to a later determination of whether service of process should issue on defendants. The United States District Clerk is hereby directed to file the complaint and in forma pauperis application and collect the filing fee of $350.00, pursuant to the Prison Litigation Reform Act.

IT IS SO ORDERED this 3rd day of May 2006.

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 03 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)