IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SHANE JONES     PLAINTIFF

v.     Civil No. 06-2051

SHERIFF MIKE ALLEN, Crawford
County Detention Center     DEFENDANT

## O R D E R

Plaintiff's complaint was filed in this case on May 3, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Michael Shane Jones, complete and sign the attached addendum to his complaint, and return the same to the court **by June 5, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by June 5, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 8th day of May 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SHANE JONES                                                                                      PLAINTIFF

        v.                                    Civil No. 06-2051

SHERIFF MIKE ALLEN, Crawford
County Detention Center                                                                                  DEFENDANT

### ADDENDUM TO COMPLAINT

TO:  MICHAEL SHANE JONES

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court **by June 5, 2006**.  Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

      In your complaint, you allege you do not have access to the media for outside news, are subjected to unsanitary conditions, and don't believe you are getting sufficient daily calories.  As relief, you ask that the food be cleaned up.  You also ask that you be allowed access to a television and newspaper.

      (1).  Provide the dates of your incarceration at the Crawford County Detention Center (CCDC).

-2-

Answer:

_____

_____

_____

(2).  Are you incarcerated at the CCDC solely because of pending criminal charges against you?

Answer:  Yes _____ No _____.

If you answered no, please explain why you were incarcerated.  For instance, has your probation, parole, or supervised release been revoked or are you serving a sentence?

_____

_____

_____

_____

(3).  You mention that you do not have access to any media source for news.  However, in a grievance attached to your complaint, the response indicates that you get a radio for news.

(A).  Are you able to hear news being broadcast over a radio daily?

Answer:  Yes _____ No _____.

If you answered yes, please state when you are able to hear the news reports, what types of news reports you hear, and indicate whether the reports cover state, local, national and world events.

-3-

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please explain what you meant when you stated you did not consider Rush Limbaugh news.

_____

_____

_____

_____

_____

_____

      (B). Are inmates allowed to subscribe to a newspaper?

      Answer: Yes _____ No _____.

      If you answered yes, please state whether you subscribed to a newspaper and if you did not state why you did not.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

If you answered no, please state whether any newspapers are made available to inmates at any time.

_____

_____

_____

_____

_____

(4). Did you have access to television or news magazines?

Answer: Yes _____ No _____.

If you answered yes, please state when you had access and what type of access you had.

_____

_____

_____

_____

(5). Did you have access to books or magazines of any kind?

Answer: Yes _____ No _____.

-5-

If you answered yes, please state what type of books or magazines were available to you and when the books or magazines were available to you.

_____

_____

_____

_____

_____

(6). Please state how many meals a day you receive.

Answer:

_____

(7). In between meals, do you have access to any food or drink?

Answer:  Yes _____  No _____.

If you answered yes, please state what you have access to between meals.

_____

_____

_____

_____

_____

(8). You state you do not believe you are receiving sufficient calories. Is the diet you are receiving sufficient to maintain your health?

Answer:  Yes _____  No _____.

-6-

If you answered no, please explain how the diet has affected your health. In answering, be specific.

_____

_____

_____

_____

_____

_____

_____

(9) In your request for relief, you ask that the foods be cleaned up. Do you contend the food is prepared or served in an unsanitary manner?

Answer: Yes _____ No _____.

If you answered yes, please explain how you believe the food is prepared or served in an unsanitary manner. In doing so, please state if you have suffered any physical injury as a result of the way the food is prepared or served and describe the injury you suffered.

_____

_____

_____

_____

_____

If you answer no, please explain why you asked that the food be cleaned up.

_____

_____

_____

_____

_____

_____

(10).   Do you contend you have suffered physical injury as a result of unsanitary conditions at the CCDC?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the unsanitary conditions and how the conditions resulted in your suffering physical injury.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(11).   You have named the Sheriff as a defendant.  Have you personally spoken to the Sheriff regarding your grievances?

Answer:  Yes _____  No _____.

If you answered yes, please describe your conversation with the Sheriff.

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you have named the Sheriff as a defendant and how you believe he deprived you of your federal constitutional rights.  In answering, also indicate if there are other individuals you intended to name as defendants.  If there are, please provide the court with his or her name and describe how he or she deprived you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(12).  Since your incarceration at the CCDC have you ever had access to any newspapers or magazines?

Answer:  Yes _____ No _____.

**AO72A**
**(Rev. 8/82)**

If you answered yes, please state when you had access to newspapers or magazines.

_____

_____

_____

_____

_____

If you answered no, please state whether you could have had a newspaper or magazine subscription sent to you at the facility.

_____

_____

_____

_____

_____

(13).  Do you contend Crawford County has one or more customs or policies that have resulted in your being deprived of your federal constitutional rights?

Answer:  Yes _____  No _____.

If you answered yes, please describe in detail each custom or policy and how that custom or policy deprived you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(14). Your basic human needs for food, clothing and shelter, medical care and reasonable safety were met.

Answer: Agree _____ Disagree _____.

If you disagree, please explain your answer.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
MICHAEL SHANE JONES

_____
DATE