IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SHANE JONES                                                PLAINTIFF

v.                          Case No. 06-2051

SHERIFF MIKE ALLEN, Crawford
County Detention Center; LT. CUPP;
CAPTAIN TERRY REA; and CORPORAL
LACY REED                                                         DEFENDANTS

## ORDER

Now on this 18th day of September 2007, there comes on for consideration the report and recommendation filed herein on August 21, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 38). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 39).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 32) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to Plaintiff's claims that he was provided an inadequate diet and his meals were served in an unsanitary environment. The motion is DENIED with respect to Plaintiff's claim that his First Amendment rights were violated when he was denied access to

newspapers or other media sources containing news coverage.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson<br>Honorable Robert T. Dawson<br>United States District Judge