```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

MICHAEL SHANE JONES                                           PLAINTIFF

    v.                       No. 06-2051

SHERIFF MIKE ALLEN, Crawford
County Detention Center; LT.
CUPP; CAPTAIN TERRY REA; and
CORPORAL LACY REED                                           DEFENDANTS

## ORDER

Now on this 19th day of December 2007, there comes on for consideration the report and recommendation filed herein on November 26, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 56). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE based upon the parties' settlement agreement.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge